# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | **ORDER** |
| BABCOCK & WILCOX ENTERPRISES, INC.; E. JAMES FERLAND; and JENNY L. APKER, ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Defendants' Motion For Admission *Pro Hac Vice* Of Susan E. Hurd" (Document No. 14) filed by Gregg E. McDougal, concerning Susan E. Hurd on May 3, 2017. Ms. Susan E. Hurd seeks to appear as counsel *pro hac vice* for Defendants Babcock & Wilcox Enterprises, Inc., E. James Ferland, and Jenny L. Apker. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.[1]

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Defendants' Motion For Admission *Pro Hac Vice* Of Susan E. Hurd" (Document No. 14) is **GRANTED.** Ms. Susan E. Hurd is hereby admitted *pro hac vice* to represent Defendants Babcock & Wilcox Enterprises, Inc., E. James Ferland, and Jenny L. Apker.

---

[1] The Court respectfully advises counsel that the form for *pro hac vice* application has been recently updated, again.

**SO ORDERED**.

Signed: May 3, 2017

David C. Keesler
United States Magistrate Judge