IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM; ERIC OLLILA; et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| BABCOCK & WILCOX ENTERPRISES, INC.; E. JAMES FERLAND; and JENNY L. APKER, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 26) filed by Dhamian A. Blue, concerning Melinda D. Campbell on May 26, 2017. Melinda D. Campbell seeks to appear as counsel *pro hac vice* for Plaintiff Arkansas Teacher Retirement System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 26) is **GRANTED.** Melinda D. Campbell is hereby admitted *pro hac vice* to represent Plaintiff Arkansas Teacher Retirement System.

**SO ORDERED**.

Signed: May 26, 2017

David C. Keesler
United States Magistrate Judge