# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:17-CV-109-MOC-DCK

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM;  ERIC OLLILA;  et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| BABCOCK & WILCOX ENTERPRISES, INC.;  E. JAMES FERLAND;  and JENNY L. APKER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 27) filed by Dhamian A. Blue, concerning Donald R. Hall on May 26, 2017. Donald R. Hall seeks to appear as counsel *pro hac vice* for Plaintiff Arkansas Teacher Retirement System.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 27) is **GRANTED.**  Donald R. Hall is hereby admitted *pro hac vice* to represent Plaintiff Arkansas Teacher Retirement System.

**SO ORDERED**.

Signed: May 26, 2017

David C. Keesler
United States Magistrate Judge