IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) BABCOCK & WILCOX ENTERPRISES, INC.; ) E. JAMES FERLAND; and ) JENNY L. APKER, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report Requesting Additional Time And Establishment Of New Schedule" (Document No. 32) filed June 2, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Status Report Requesting Additional Time And Establishment Of New Schedule" (Document No. 32) is **GRANTED with modification**. Plaintiff shall file an Amended Complaint on or before **July 10, 2017**. Defendants shall file an answer, or otherwise respond, on or before **August 15, 2017**.

**SO ORDERED.**

Signed: June 5, 2017

David C. Keesler
United States Magistrate Judge