# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, ) ) ) **Plaintiff,** ) ) v. ) **ORDER** ) BABCOCK & WILCOX ENTERPRISES, ) INC.; E. JAMES FERLAND; and JENNY L. ) APKER, ) ) **Defendants.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 46) filed by Dhamian A. Blue, concerning Matthew L. Mustokoff on November 6, 2017. Mr. Matthew L. Mustokoff seeks to appear as counsel *pro hac vice* for Plaintiff Arkansas Teacher Retirement System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 46) is **GRANTED.** Mr. Matthew L. Mustokoff is hereby admitted *pro hac vice* to represent Plaintiff Arkansas Teacher Retirement System.

**SO ORDERED**.

Signed: November 6, 2017

David C. Keesler
United States Magistrate Judge