# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) BABCOCK & WILCOX ENTERPRISES, INC.; E. JAMES FERLAND; and JENNY L. APKER, ) ) ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 45) filed by Dhamian A. Blue, concerning Andrew L. Zivitz on November 6, 2017. Mr. Andrew L. Zivitz seeks to appear as counsel *pro hac vice* for Plaintiff Arkansas Teacher Retirement System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 45) is **GRANTED.** Mr. Andrew L. Zivitz is hereby admitted *pro hac vice* to represent Plaintiff Arkansas Teacher Retirement System.

**SO ORDERED**.

Signed: November 6, 2017

David C. Keesler
United States Magistrate Judge