# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-109-MOC-DCK

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| BABCOCK & WILCOX ENTERPRISES, INC.; E. JAMES FERLAND; and JENNY L. APKER, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Order On The Protocol Governing Discovery Matters And the Production Of Electronically Stored Information (ESI")" (Document No. 70) filed July 11, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Order On The Protocol Governing Discovery Matters And the Production Of Electronically Stored Information (ESI")" (Document No. 70) is **GRANTED**.

Signed: July 11, 2018

_____
David C. Keesler
United States Magistrate Judge