UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BABCOCK & WILCOX ENTERPRISES, INC., E. JAMES FERLAND and JENNY L. APKER,<br><br>Defendants. | CIVIL ACTION NO.: 3:17-CV-00109 |

## LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Court-appointed Lead Plaintiff, Arkansas Teacher Retirement System, has entered into a Stipulation and Agreement of Settlement dated June 21, 2019 ("Stipulation") with Defendants, and respectfully moves the Court for an Order: (i) preliminarily approving the Settlement (as defined in the Stipulation) on the terms set forth in the Stipulation; (ii) certifying the proposed Settlement Class for purposes of the Settlement pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (iii) approving the form and content of the Notice, Claim Form, and Summary Notice attached as Exhibits A(1), A(2), and A(3) to the Proposed Preliminary Approval Order; (iv) approving the proposed procedures for dissemination of the Notice, Claim Form, and Summary Notice; and (v) set a date and time for the Settlement Fairness Hearing, at which the Court will consider final approval of the Settlement, the Plan of Allocation, and Lead Counsel's application for attorneys' fees and expenses, including reimbursement of costs and expenses to Lead Plaintiff pursuant to the PSLRA.

Pursuant to Local Civil Rule 7.1(B), Lead Plaintiff conferred with Defendants regarding this motion, and Defendants do not oppose.

In support of this Motion, Lead Plaintiff submits herewith: (1) the Lead Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement; (2) the Declaration of Frederic S. Fox in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement (with Exhibits); and (3) a [Proposed] Order Preliminarily Approving Settlement and Providing For Notice, which is being submitted both as Exhibit A to Exhibit 1 of the Fox Declaration, and separately through CyberClerk in rich text format, as required by the applicable rules.

Dated: June 25, 2019

Respectfully submitted,

By: /s/ Frederic S. Fox

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
Melinda Campbell (*pro hac vice*)
Ralph E. Labaton (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and the proposed Settlement Class*

**BLUE LLP**
Dhamian Blue
205 Fayetteville Street
Raleigh, NC 27601
Telephone: (919) 833-1931
Facsimile: (919) 833-8009
N.C. Bar No. 31405

*Liaison Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**

Andrew L. Zivitz
Geoffrey C. Jarvis
Matthew L. Mustokoff
Margaret E. Mazzeo
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**LABATON SUCHAROW LLP**
Jonathan Gardner
Christine M. Fox
Marisa N. DeMato
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Additional Counsel for Lead Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on June 25, 2019, I electronically filed the above Lead Plaintiff's Motion For Preliminary Approval of Class Action Settlement, the Supporting Memorandum of Law, and the Supporting Declaration of Frederic S. Fox (with all Exhibits thereto), using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

/s/ Frederic S. Fox