# EXHIBIT 4



## JND Securities Class Actions

| | Case Name | Case Number | Lead Counsel | Settlement Value | Notices Distributed | Claims Processed |
|---|---|---|---|---|---|---|
| 1 | Worldcom Inc Securities Litigation | 02-CIV. 3288 (DLC) | Bernstein Litowitz Berger & Grossmann LLC | $6,150,000,000 | 4,000,000 | 980,000 |
| 2 | Tyco International LTD Securities Litigation | MDL 02-1335-PB | Kessler Topaz Meltzer & Check, LLP | $3,200,000,000 | 2,450,000 | 480,000 |
| 3 | Bank of America Securities Litigation | No. 09 MDL.2058 (PKC) | Bernstein Litowitz Berger & Grossmann LLC & Kaplan Fox & Kilsheimer LLP | $2,430,000,000 | 3,100,000 | 715,000 |
| 4 | Nortel Networks Securities Litigation I & II | (01 CIV. 1855 (RMB) | Millberg Weiss & Bershad LLP & Bernstein Litowitz Berger & Grossmann LLC | $2,200,000,000 | 2,500,000 | 500,000 |
| 5 | Royal Ahold Securities and Erisa Litigation | MDL 1539 | Entwistle & Cappucci LLP | $1,100,000,000 | 300,000 | 275,000 |
| 6 | Citigroup Securities Litigation | No. 07 CIV. 9901 (SHS) | Kirby McInerney | $590,000,000 | 2,500,000 | 670,000 |
| 7 | IPO Securities Litigation | No. 21-MC-92 (S.D.N.Y) | Bernstein Liebhard LLP | $586,000,000 | 25,000,000 | 600,000 |
| 9 | comScore Securities Litigation | No. 1:16-cv-01820-JGK | Bernstein Litowitz Berger & Grossmann LLC | $110,000,000 | 36,000 | 11,000+ |
| 11 | Halliburton EPJ Fund Securities Litigation | No: 3:02-CV-1152-M | Kahn Swick & Foti, LLC & Boies, Schiller & Flexner, LLP | $100,000,000 | 110,000 | 64,000 |
| 13 | Yahoo Securities Litigation | 5:17-cv-00373-LHK | Pomerantz LLP & Glancy Prongay & Murray LLP | $80,000,000 | 500,000 (projected) | 100,000 (projected) |
| 15 | Dole Food Company Securities Litigation | No. 1:15-cv-1140-SLR | Bernstein Litowitz Berger & Grossmann, LLP & Entwistle & Cappucci LLP | $74,000,000 | 29,000 | 6,500 |
| 16 | BlackRock Core Bond Portfolio, et al. v. Wells Fargo Bank, National Association | N.Y. Sup. New York | Bernstein Litowitz Berger & Grossman LLP | $43,000,000 | | TBD |
| 18 | Akorn Securities Litigation | 15 C 01944 | Pomerantz LLP & Glancy Prongay & Murray LLP | $24,000,000 | 95,000 | 40,000 |
| 20 | Bankrate Securities Litigation | No. 9:14-cv-81323-DMM | Kessler Topaz Meltzer & Check, LLP | $20,000,000 | 37,000 | 30,000 |
| 21 | Carmack v. Amaya Inc. et al. | D.N.J. | Tamar Weinrib - Pomerantz (D) | $18,650,000 | | Almost 6,000 |
| 23 | Endurance Securities Litigation | No. 1:15-cv-11775-GAO (D. Mass) | Glancy Prongay & Murray LLP | $18,650,000 | 100,000 (projected) | 20,000 (projected) |
| 25 | Higher One Holdings Securities Litigation | No. 3:14-cv-755-AWT | Pomerantz LLP | $17,500,000 | 17,000 | 10,000 |
| 27 | Opus Bank Securities Litigation | No: 2:16-cv-07991-AB-JPR | Cohen Milstein Sellers & Toll PLLC | $17,000,000 | 20,000 | 4,200+ |
| 28 | Washington Mutual Securities Litigation | No. 2:08-md-1919 MJP | Bernstein Litowitz Berger & Grossmann LLC | $16,500,000 | 1,100,000 | 245,000 |
| 30 | Terraform Power Securities Litigation | No. 1:16 MD 2742 (PKC) (AJP) | Pomerantz LLP | $14,750,000 | 60,000 | 35,000 |
| 32 | CVB Securities Litigation | No. CV 10- 06256-CAS | Bernstein Litowitz Berger & Grossmann, LLP | $6,200,000 | 14,800 | 3,000 |
| 34 | GoPro Shareholder Litigation | No. CIV537077 | Bottini & Bottini Inc. | $5,000,000 | 300,000 | 50,000 (projected) |



## JND Securities Class Actions

| | Case Name | Case Number | Lead Counsel | Settlement Value | Notices Distributed | Claims Processed |
|---|---|---|---|---|---|---|
| 35 | *In re Unilife Corporation Securities Litigation* | No. 16-cv-039760-RA (S.D.N.Y.) | Pomerantz LLP; Glancy Prongay & Murray LLP | $4,400,000 | | More than 10,000 |
| 36 | *James Gormley v. magicJack Vocaltec Ltd, Gerald Vento, and Jose Gordo* | 1:16-cv-01869-VM (S.D.N.Y.) | Levi & Korsinsky LLP | $3,650,000 | | Approx. 3,500 |
| 37 | *Lion Biotechnologies Securities Litigation Settlement* | 3:17-cv-02086-SI (N.D. Cal.) | Kessler Topaz Meltzer & Check LLP | $3,250,000 | | TBD |
| 38 | *In re AudioEye, Inc. Securities Litigation* | 4:15-cv-00163-DCB (D. Ariz.) | Ira M. Press, Mark Strauss - Kirby McInerney LLP | $1,525,000 | | 140 |
| 39 | *Adtalem Global Education Inc.* | No. 2017-0463 (Del. Ch.) | TBD | TBD | | TBD |
| 40 | *Rainero v. Archon Corporation* | No. 2:07-cv-1553-GMN-PAL (D. Nev.) | Goren Goren & Harris PC | N/A | | TBD |
| 41 | *Barclays Dark Pool Securities Litigation* | No. 1:14-cv-0-5797-VM-DCF (S.D.N.Y.) | Tamar Weinrib - Pomerantz (D) | N/A | | TBD |
| 42 | *In re Legacy Reserves LP Preferred Unitholder Litigation* | C.A. No. 2018-0225-JTL (Del. Ch.) | Kirkland & Ellis (D) | Conversion of shares | | TBD |
| 43 | *Wilson v. LSB Industries, Inc.* | No. 1:15-cv-07614 (S.D.N.Y.) | Bernstien Litowitz Berger & Grossmann LLP | TBD | | TBD |
| 44 | *Sudunagunta, et al. v. NantKwest, Inc., et al* | No. 2:16-cv-01947 (C.D. Cal.) | Pomerantz LLP | TBD | | TBD |
| 45 | *Northwest Biotherapeutics Derivative Litigation* | Del. Chancery | Gibson, Dunn & Crutcher LLP | N/A | | N/A |
| 46 | *Murphy, et al. v. Precision Castparts Corp, et al.* | 3:16-cv-00521 (D. Or.) | Kessler Topaz Meltzer & Check LLP | N/A | | TBD |
| 47 | *Parmelee v. Santander Consumer USA Holdings Inc., et al.* | C.A. No. 3:16-cv-00783-K (N.D. Tex.) | Glancy Prongay & Murray LLP (P) | N/A | | More than 100 |
| 48 | *In re Stericycle, Inc. Securities Litigation* | 16-CV-07145 (N.D. Ill.) | Bernstein Litowitz Berger & Grossman LLP (P) | TBD | | TBD |

*This list includes some of the matters we have worked on during the past three years at JND plus other matters overseen by the JND Executives at our prior company