# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| ERIC OLLILA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:17-CV-00109-MOC-DCK |
| vs. | ) ) ) | |
| BABCOCK & WILCOX ENTERPRISES, INC., E. JAMES FERLAND, and JENNY L. APKER, Defendant(s). | ) ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2019 Order.

December 20, 2019

_____
Frank G. Johns, Clerk
United States District Court